```
1   Dean G. Rallis (#94266)
        drallis@afrct.com
2   Matthew J. Pero (#130746)
        mpero@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN,
       CAMPBELL & TRYTTEN LLP
4   199 South Los Robles Avenue, Suite 600
    Pasadena, California 91101-2459
5   Tel: (626) 535-1900 | Fax: (626) 577-7764

6   Attorneys for Creditor
    WELLS FARGO BANK, N.A.
7   ("Wells Fargo")
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re | Case No.: 2:14-BK-12560-SK |
|---|---|
| LESLIE FUHRER FRIEDMAN, | Chapter 13 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF RIC JUAREZ IN SUPPORT OF MOTION FOR RELIEF FROM STAY** |
| | Date: April 23, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 1575<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

## SUPPLEMENTAL DECLARATION OF RIC JUAREZ
## IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I, Ric Juarez, declare as follows:

1.  The following is based on my personal knowledge and based on my review of business records of NDEx West, L.L.C. (NDEx) maintained by NDEx in the ordinary course of its business under Trustee's Sale No. 20110015004016. I am aware of the manner in which NDEx keeps and maintains its records and inputs data entries into its computer system tracking information and documents received and/or transmitted in connection with each uniquely identified trustee's sale and its services as a trustee. These records of NDEx were made at or near the time of the occurrence of the matters set forth therein, or from information transmitted by a person having knowledge of those matters; were kept in the course of the regularly conducted business activity of NDEx; and it was a regular practice of NDEx to make such records in the course of its regularly conducted trustee activities. The statements set forth below are true and correct and I am competent to testify to the facts set forth herein.

2.  I am Associate Director of NDEx which served as substitute trustee under a Deed of Trust executed by Richard Friedman and Leslie Friedman and recorded in the Recorder's Office of Los Angeles County as Instrument No. 20071948229 (the "Deed of Trust") against the real property described 3453 Maplewood Avenue, Los Angeles, California (the "Property").

3.  This Supplemental Declaration is submitted in response to the Court's request for additional evidence regarding NDEx's receipt of the "notices of bankruptcy filing by facsimile transmission and email" as described in my original declaration filed on February 28, 2014..

4.  On the morning of February 11, 2014, NDEx performed automated searches of the national PACER Case Locator, using the social security numbers of Richard Friedman and Leslie Friedman, to identify any pending bankruptcy cases that might affect the sale scheduled for 11:00 a.m. PST. We found a closed bankruptcy Chapter 7 case for Richard Friedman (Case 2:12-bk-17682), but there were no search results for Leslie Friedman. True and correct copies of the two (2) search results are attached hereto collectively as Exhibit 1. We also checked with our title vendor and received a clear date down to our Trustee's Sale Guarantee, meaning that there

1 had been no recent changes to the title chain, and there were no reported bankruptcy filings.

2     5.     At 8:27 a.m. PST, our call center received an incoming call from someone named Judy Cox who requested current sale date information. The call center confirmed that the sale was scheduled for that same date, February 11, 2014. At 9:49 a.m. PST, NDEx received an incoming call from an unidentified third party attorney. The call center told the person that we needed a letter of authorization signed by the borrowers to discuss any non-public information. At 10:32 a.m. PST, NDEx sent instructions to our sales agent to proceed with the sale as scheduled at 11:00 a.m. PST that morning.

    6.     At 10:58 a.m. PST, NDEx received an email (6 pages) from Armen Galstian, using the following email address: armen@tysonfirm.com, a true and correct copy of which is attached hereto as Exhibit 2. The email included two PDF file attachments, including a CM/ECF printout showing information about the first meeting of creditors and a copy of the Notice of Bankruptcy Case Filing. The email was forwarded at 11:56 a.m. PST to our bankruptcy review team. A representative immediately tried to pull the sale by calling the sales agent at 12:02 p.m. PST but learned that the sale had been completed at 11:39 a.m. PST.

    7.     During the intervening time period, at 11:20 a.m. PST, our call center received an incoming call from someone named Fred who said he had a letter of authorization signed by the borrowers and that a bankruptcy case had been filed. He did not provide the case number or other identifying information and hung up before the call center could provide our facsimile number to send us proof of filing. At 11:28 a.m. PST, NDEx received a call from someone identifying herself as Mrs. Friedman asking for our facsimile number which the call center provided (972-661-7800). This facsimile number captures incoming faxes in electronic format and stores them as image files, sorted by date and time of receipt. The call center periodically monitors the fax queue and distributes incoming faxes to the proper parties. NDEx has a record of the following three fax transmittals confirming a bankruptcy filing by Leslie Friedman, all received after the sale was completed on February 11, 2014:

    (a)     A five page fax transmittal received at 11:58 a.m. PST from Law Offices of Tyson M. Takeuchi & Associates, including a CM/ECF printout showing information about the first

1 | meeting of creditors and a copy of the Notice of Bankruptcy Case Filing. A true and correct copy
2 | of this fax transmittal is attached hereto as Exhibit 3.
3 |     (b)    A nineteen page fax transmittal received at 12:03 p.m. PST from Law Offices of
4 | Tyson M. Takeuchi & Associates, including a CM/ECF printout showing information about the
5 | first meeting of creditors, a copy of the recorded Notice of Trustee's Sale, a copy of the
6 | Voluntary Petition and a copy of the Notice of Bankruptcy Case Filing. A true and correct copy
7 | of this fax transmittal is attached hereto as Exhibit 4.
8 |     (c)    A one page fax transmittal received at 12:30 p.m. PST from an unidentified
9 | sender. A true and correct copy of this fax transmittal is attached hereto as Exhibit 5. The time
10 | stamp at the top of the page was generated by the sender's fax machine/server and does not
11 | correctly state the time that NDEx actually received the fax transmittal.
12 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
13 | true and correct and that this declaration was executed on April 2, 2014, at Addison, Texas.

                                                RIC JUAREZ