| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dean G. Rallis Jr. (#94266)<br>  drallis@afrct.com<br>Matthew J. Pero (#130746)<br>  mpero@afrct.com<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 S. Los Robles Avenue, Suite 600<br>Pasadena, CA 91101-2459<br>Tel: (626) 535-1900 \| Fax: (626) 577-7764<br><br>☒ *Attorney for Movant(s) and Creditor Wells Fargo Bank, N.A.*<br>☐ *Movant(s) appearing without an attorney* | **FILED & ENTERED**<br><br>**APR 25 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may        **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE FUHRER FRIEDMAN<br><br><br><br><br><br><br><br>                                                                                       Debtor(s). | CASE NO.: 2:14-BK-12560-SK<br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | DATE: 4/23/2014<br>TIME: 8:30 a.m.<br>COURTROOM: 1575<br>PLACE: U.S. Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

Movant:   Wells Fargo Bank, N.A.

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

    Street address:          3453 Maplewood Avenue
    Unit number:             _____
    City, state, zip code:   Los Angeles, California 90066

    Legal description or document recording number (including county of recording):

    ☒ See attached page.   Exhibit A
3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
                                  ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

---

This form is OPTIONAL TO THE JUDGE and may only be used if the judge to whom the case has been assigned allows such extraordinary relief to be requested by motion.  Many judges require the filing of an adversary proceeding to obtain some or all of these forms of relief.

*Revised May 2004*                                                                                                                               **F4001-1O.ER**

    a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
    b. ☒ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (*specify*): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

10. This court further orders as follows:

    a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
    c. ☐ See attached continuation page for additional provisions.

Date: April 25, 2014

                                                Sandra R. Klein
                                                United States Bankruptcy Judge

---

This form is OPTIONAL TO THE JUDGE and may only be used if the judge to whom the case has been assigned allows such extraordinary relief to be requested by motion. Many judges require the filing of an adversary proceeding to obtain some or all of these forms of relief.

*Revised May 2004*                                                                              **F4001-1O.ER**

**EXHIBIT A**

## Legal Description

THE FOLLOWING DESCRIBED REAL PROPERTY IN THE CITY OF LOS ANGELES COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

LOT 197, OF TRACT 7681, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 83, PAGES 73-74 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

TAX ID #: 4244-022-025

BY FEE SIMPLE DEED FROM FRANK W. LAVAC & FRANCINE K. LAVAC, TRUSTEES OF THE LAVAC FAMILY TRUST UDT 10-20-94 AS SET FORTH IN INSTRUMENT NO. 98 1455743 AND RECORDED ON 8/18/1998, LOS ANGELES COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

2308885vt